IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM M. BRYSON, JR., | 1:10-cv-02131-LJO MJS (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | |
| UNITED STATES OF AMERICA, | DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| Respondent. | (Doc. 14) |
| _____/ | |

Petitioner is a prisoner proceeding pro se with an application for relief from an illegal restraint.

On September 20, 2011, judgment was entered dismissing the petition. On October 11, 2011, Petitioner filed an application to proceed in forma pauperis on appeal. Examination of Petitioner's application to proceed in forma pauperis reveals that Petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915. **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

Dated:    October 14, 2011                    /s/ _Michael J. Seng_
                                         UNITED STATES MAGISTRATE JUDGE